WILLIAM LANDAU, Appellant, v. ELIZABETH F. PAGE and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

ALTER NOVICH, Appellant, v. ARMOUR AND COMPANY, Respondent.— Because the notice of appeal was not served in time, the appeal is dismissed, with ten dollars costs and disbursements. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB EDELSTEIN, Appellant, v. JACOB S. STRAHL, Justice of the Municipal Court, Respondent.— Order denying motion for a peremptory or an alternative mandamus order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CHARLES E. SAMMIS, Respondent, v. C. BARCLAY WARD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

STANDARD LIME COMPANY, Respondent, v. DE BELLIS REALTY CORPORATION and Others, Defendants, and GIBRALTAR CREDIT CORPORATION, Appellant.— Order striking out answer of defendant Gibraltar Credit Corporation and discontinuing action as to it affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

GEORGIA EDWYNA WALLACE, Appellant, v. MATTHEW ROSENBERG and Others, Defendants, and THOMAS A. CONNOR, Respondent.— Judgment dismissing complaint as to defendant Connor reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. The evidence was sufficient to present a question of fact as to the negligence of defendant Connor. Young, Rich, Hagarty, Seeger and Scudder, JJ., concur.

BENJAMIN LEVITSKY and FRANK LEVITSKY, Doing Business as LEVITSKY & SON, Respondents, v. GEORGE B. TAYLOR, Defendant, and HERMAN BLATTNER, Appellant.— Application denied, with ten dollars costs.

ARTHUR LONDON, Appellant, v. NESTOR FAGNANT, Also Known as LOUIS FAGNANT, Defendant, and WALTER F. QUINN and ELLEN QUINN, Respondents.— Application granted.

SUSSMAN, WORMSER & CO., INC., Appellant, v. EDWARD RAY, Respondent.— Application denied, with ten dollars costs.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, and Others, Respondents, v. HENRY SEINFEL and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Judgments were entered by default in favor of plaintiffs, defendants moved to vacate, their motion was denied, and the time to appeal from the order of denial has expired. In view of this, an appeal from an order denying a motion to dismiss the complaint will not lie. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.